# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: APPOINTMENTS TO CRIMINAL

PROCEDURAL RULES COMMITTEE

:
:
:
:
:
:
:
:
:
:
:
:
:

No. 469

CRIMINAL PROCEDURAL RULES
DOCKET

## ORDER

**PER CURIAM**

**AND NOW**, this 4th day of February, 2016, the Honorable Beth A. Lazzara, Allegheny County, and Peter Rosalsky, Esquire, Philadelphia, are hereby appointed as members of the Criminal Procedural Rules Committee for a term of three years.

Mr. Justice Eakin did not participate in the consideration or decision of this matter.